**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Efren ENCARNACION–CASTILLO,
Defendant—Appellant.**

**No. 04–50401.**

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 12, 2005.\*

Decided Sept. 19, 2005.

Before: REINHARDT, RYMER and HAWKINS, Circuit Judges.

MEMORANDUM \*\*

Efren Encarnacion–Castillo appeals the sentence imposed following his guilty plea to possession with intent to distribute methamphetamine in violation of 21 U.S.C. § 841(a)(1).

Encarnacion–Castillo contends that the district court erred in applying the Sentencing Guidelines as mandatory when imposing his sentence. Because Encarnacion–Castillo was sentenced under the then-mandatory Sentencing Guidelines, and we cannot reliably determine from the record whether the sentence imposed would have been materially different had

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

the district court known that the Guidelines were advisory, we remand to the district court to answer that question, and to proceed pursuant to *United States v. Ameline*, 409 F.3d 1073, 1084 (9th Cir. 2005) (en banc). *See United States v. Moreno–Hernandez*, 419 F.3d 906, 915 (9th Cir.2005) (extending *Ameline*'s limited remand procedure to cases involving non-constitutional *Booker* error).

REMANDED.

---

[*] This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.